948

No. 78–5540.  BUCHANAN v. BORDENKIRCHER, PENITENTIARY SUPERINTENDENT.  C. A. 6th Cir.  Certiorari dismissed under this Court's Rule 60.

NOVEMBER 3, 1978

No. A–417.  ROGERS ET AL. v. LODGE ET AL.  Application for stay of order of United States District Court for the Southern District of Georgia, presented to MR. JUSTICE POWELL, and by him referred to the Court, granted pending final disposition of the appeal to the United States Court of Appeals for the Fifth Circuit.

No. A–382 (78–710).  KLEIN v. UNITED STATES.  C. A. 2d Cir.  Application for stay, presented to MR. JUSTICE MARSHALL, and by him referred to the Court, denied.

NOVEMBER 6, 1978

No. 78–123.  ACKER v. BOARD OF TRUSTEES OF PASS CHRISTIAN MUNICIPAL SEPARATE SCHOOL DISTRICT.  Appeal from Sup. Ct. Miss. dismissed for want of substantial federal question.

No. 78–446.  DUNHAM ET UX. v. CLACKAMAS COUNTY.  Appeal from Sup. Ct. Ore. dismissed for want of substantial federal question.

No. 78–465.  NAPOLITANO ET UX. v. WYOMING STATE HIGHWAY DEPARTMENT ET AL.  Appeal from Sup. Ct. Wyo. dismissed for want of substantial federal question.